**2:19-cv-169**
Paul L. Maloney - U.S. District Judge

**FILED - MQ**
August 29, 2019 10:07 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: /M/ 18-29-19

# NOTICE OF REMOVAL TO US DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

MOTION FOR REMOVAL JURY DEMAND WAS MADE IN STATE COURT.

People of Michigan v. David H. McGrath

Case # s' 18-57105-FH

This is a Second Amendment to the United States Constitution Question of Whether a Senior Citizen may defend himself from a hostile Party who is assaulting him physically.

NOTICE OF REMOVAL DENOVO as 1st Attorney has quit and 2nd Attorney thinks defendant has a great case. A Plea agreement was reluctantly made after the time expired to prosecute the case expired under Rule 6.004 MCL. This is the Defendants remedy as the case is to be dismissed with prejudice according to said rule.

FRCP 39 Case must be docketed Jury Trial.

A voluntary act of the plaintiff makes the case removable. Plaintiff had only 180 to attempt to prosecute the case. Due to their weak case, and the fact that no jury will convict the defendant for exercising his 2nd amendment rights when assaulted, the plaintiff placed the defendant in double jeopardy.

The case is supposed to be dismissed with prejudice and the defendant was jailed, and the warrant satisfied. The elements of MCR 6.004 are met. Defendant under the Michigan court rule 6.004 is now in double jeopardy.

Defendant has already attached the State Court Documents. Case _____.

28 U.S.C 1443, (1)(2) 1446 (a)(b)

David H. McGrath - 8-29-2019

Thank You David H. McGrath
UCC 1-308 UNDER RESERVE

509 Dalton Rd.
Skandia, Mich. 49885

906-235-7480