**FILED - MQ**
August 29, 2019 1:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: slk   SCANNED BY: _SL_ / 8-29 -19

219 cv 169

Sandy, I just filed this
with Circut Court office in Court House
they stamped it. 906-235-7480 if you
need anthing else. thank You !