Document Previously Filed in the Docket